**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Delivery & Distribution Solutions, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-0423187 |

4. **Debtor's address**

**Principal place of business**

16 W 251 S Frontage Road
Burr Ridge, IL 60527
Number, Street, City, State & ZIP Code

DuPage
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Delivery & Distribution Solutions, LLC _____    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    Delivery & Distribution Solutions, LLC                                    Case number (*if known*) _____
      Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Delivery & Distribution Solutions, LLC                                    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Delivery & Distribution Solutions, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      December  7, 2023
                 MM / DD / YYYY

X /s/ Denis Monroe                                    Denis Monroe
Signature of authorized representative of debtor      Printed name

Title    Managing Member

**18. Signature of attorney**

X /s/ Gregory K. Stern                    Date  December  7, 2023
Signature of attorney for debtor                MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558        Email address   greg@gregstern.com

6183380 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December  7, 2023    **X** /s/ Denis Monroe
                                        Signature of individual signing on behalf of debtor

                                        Denis Monroe
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Delivery & Distribution Solutions, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 7-Eleven Mastercard PO Box 1239 Covington, LA 70434 | | Periodic Purchases | | | | $94,572.03 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Periodic Purchases | | | | $27,245.81 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Periodic Purchases | | | | $6,801.49 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | Line of Credit | | | | $1,734.48 |
| Bankers Healthcare Group PO Box 332509 Syracuse, TN 37113-2509 | | Periodic Purchases | | | | $13,005.35 |
| Bankers Healthcare Group, LLC 10234 West State Road 84 Fort Lauderdale, FL 33324 | | Inventory, Equipment, Accounts, Receivables, Intangibles | Disputed | | | $67,868.40 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | Periodic Purchases | | | | $6,397.73 |
| EAN Services, LLC PO Box 840173 Kansas City, MO 64184-0173 | | Vehicle Rentals | | | | $18,930.82 |

| Debtor | Delivery & Distribution Solutions, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Enterprise Rent a Car P.O. Box 8043369 Kansas City, MO 64184 | | Vehicle Damage Claim | | | | $3,084.07 |
| Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, IL 60603 | | Tax Audit | Disputed | | | $20,000.00 |
| National Car Rental PO Box 801770 Kansas City, MO 64180 | | Vehicle Damage Claim | | | | $1,886.45 |
| ODK Capital, LLC 4700 West Daybreak Parkway Suite 200 South Jordan, UT 84009 | | Inventory, Equipment, Accounts, Receivables, Intangibles | Disputed | | | $150,000.00 |
| ORD Chicago Workspace FD, LLC 251 S Frontage Road Burr Ridge, IL | | Lease Default | | | | $20,671.92 |
| | | | | | | |
| US Bank P.O. Box 6353 Fargo, ND 58125-6353 | | Periodic Purchases | | | | $7,292.13 |
| US Bank P.O. Box 6335 Fargo, ND 58125-6335 | | Periodic Purchases | | | | $35,734.43 |
| US Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258 | | 2021 Dodge Ram Promaster Van & 2022 Dodge Ram Promaster Van | | $110,000.00 | $70,000.00 | $40,000.00 |
| WorldWhile 169 11th Street San Francisco, CA 94103 | | Services | | | | $10,944.98 |

**Fill in this information to identify the case:**

Debtor name    Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     296,002.30

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     296,002.30

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     1,005,871.95

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     20,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     250,039.90

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b                                              $     1,275,911.85

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name    Delivery & Distribution Solutions, LLC |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.   US Bank | Checking | 6603 | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $0.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   Unicity Properties LLC - security deposit | $1,000.00 |
|---|---|
| 7.2.   ReadySpaces - damage deposit | $2,289.00 |

Debtor   __Delivery & Distribution Solutions, LLC__   Case number *(If known)* _____
        Name

7.3.   ORD Chicago Workspace FD, LLC - security deposit                                    $5,369.24

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                               $8,658.24
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**
       11a. 90 days old or less:        141,673.16    -         0.00    = ....    $141,673.16
                                      face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                               $141,673.16
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

39.    **Office furniture**

40.    **Office fixtures**

Debtor   Delivery & Distribution Solutions, LLC _____   Case number *(If known)* _____
　　　　　Name

**41.** **Office equipment, including all computer equipment and**
**communication systems equipment and software**
See Attachment _____   Unknown   Liquidation _____   $10,670.90

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**   $10,670.90
Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**　**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.　2018 Mitsubishi Truck | $0.00 | N/A | $40,000.00 |
| 47.2.　2019 Lexus 350L | Unknown | | $35,000.00 |
| 47.3.　2021 Dodge Ram Promaster Van & 2022<br>　　　 Dodge Ram Promaster Van | Unknown | | $60,000.00 |
| 47.4.　Leased 2023 International Van & 2023<br>　　　 Hino Truck Van | $0.00 | | $0.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

**51.** **Total of Part 8.**   $135,000.00
Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

| Debtor | Delivery & Distribution Solutions, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Delivery & Distribution Solutions, LLC    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,658.24 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $141,673.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,670.90 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $135,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $296,002.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $296,002.30 |

|  | A | B | C |
|---|---|---|---|
| 1 | Q.41 Attachment | | |
| 2 | | | |
| 3 | **Item** | **Value** | |
| 4 | Mahogany Desk Chair - 3 | $ 169.90 | |
| 5 | Conference Table | $ 39.90 | |
| 6 | Mahogany Side Chair - 13 | $ 193.70 | |
| 7 | Mahogany Desk Chair - 3 | $ 83.70 | |
| 8 | Mahogany Book Case | $ 29.90 | |
| 9 | Mahogany Conf Board | $ 39.90 | |
| 10 | Installation - Furniture 10/1 | $ 52.00 | |
| 11 | Revo Surveilance Syst | $ 89.90 | |
| 12 | Xblue Phone System | $ 119.90 | |
| 13 | Planar 27" Monitor | $ 43.40 | |
| 14 | Optiplex Computers - 6 | $ 360.00 | |
| 15 | Server | $ 310.00 | |
| 16 | Dell Printer | $ 14.90 | |
| 17 | Dell 1350 Color Laser Print | $ 24.90 | |
| 18 | Dell 2335 Color Laser Multi | $ 29.90 | |
| 19 | Samsung S4 Smart Phone - 2 | $ 99.80 | |
| 20 | Insignia TV Monitor - 3 | $ 89.70 | |
| 21 | Pallet Jacks (48x27) - 3 | $ 105.00 | |
| 22 | Office Modules (9x9) - 2 | $ 900.00 | |
| 23 | 84 24 Work Stations - 2 | $ 180.00 | |
| 24 | Terrace Reception Desk | $ 39.50 | |
| 25 | Terrace Combo Lateral File - | $ 95.00 | |
| 26 | 12' Ladder | $ 32.50 | |
| 27 | Heavy Duty Storage cabinet | $ 27.50 | |
| 28 | **Tennessee** | | |
| 29 | Pallet jack | $ 150.00 | |
| 30 | Computer equipment | $ 200.00 | |
| 31 | Bar Code Scanners | $ 150.00 | |
| 32 | Office furniture | $ 200.00 | |
| 33 | **Pennsylvania (Philly & Harrisburg)** | | |
| 34 | Pallet jack x 2 | $ 300.00 | |
| 35 | Computer equipment x 2 | $ 400.00 | |
| 36 | Bar Code Scanners x 2 | $ 300.00 | |
| 37 | Office furniture x 2 | $ 400.00 | |
| 38 | **Florida (Orlando & Miami)** | | |
| 39 | Pallet jack x 2 | $ 300.00 | |
| 40 | Computer equipment x 2 | $ 400.00 | |
| 41 | Bar Code Scanners x 2 | $ 300.00 | |
| 42 | Office furniture x 2 | $ 400.00 | |
| 43 | **Kentucky** | | |
| 44 | Pallet jack | $ 150.00 | |

| | A | B | C |
|---|---|---|---|
| 45 | Computer equipment | $      200.00 | |
| 46 | Bar Code Scanners | $      150.00 | |
| 47 | Office furniture | $      200.00 | |
| 48 | **Ohio** | | |
| 49 | Pallet jack | $      150.00 | |
| 50 | Computer equipment | $      200.00 | |
| 51 | Bar Code Scanners | $      150.00 | |
| 52 | Office furniture | $      200.00 | |
| 53 | Package sortation gurneys | $      500.00 | |
| 54 | **Delaware** | | |
| 55 | Pallet jack | $      150.00 | |
| 56 | Computer equipment | $      200.00 | |
| 57 | Bar Code Scanners | $      150.00 | |
| 58 | Office furniture | $      200.00 | |
| 59 | **North Carolina (Raleigh & Charlotte)** | | |
| 60 | Pallet jack x 2 | $      300.00 | |
| 61 | Computer equipment x 2 | $      400.00 | |
| 62 | Bar Code Scanners x 2 | $      300.00 | |
| 63 | Office furniture x 2 | $      400.00 | |

**Fill in this information to identify the case:**

Debtor name  Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Bankers Healthcare Group, LLC<br>Creditor's Name<br><br>10234 West State Road 84<br>Fort Lauderdale, FL 33324<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>11/26/2019<br>**Last 4 digits of account number**<br>7586<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Inventory, Equipement, Accounts, Receivables, Intangibles<br><br><br>**Describe the lien**<br>Security Agreement<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $67,868.40 | $0.00 |
| **2.2** Dell Financial Services<br>Creditor's Name<br><br>P.O. Box 81577<br>Austin, TX 78708-1577<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>7791<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Computers<br><br><br>**Describe the lien**<br>Purchase Money Security Interest<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $20,448.27 | $10,670.90 |

Debtor    Delivery & Distribution Solutions, LLC                               Case number (if known) _____
                    Name

�to No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | ODK Capital, LLC | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

Creditor's Name

4700 West Daybreak
Parkway
Suite 200
South Jordan, UT 84009
Creditor's mailing address

Inventory, Equipement, Accounts, Receivables,
Intangibles

Describe the lien
Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/12/2022
**Last 4 digits of account number**
6603
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | US Bank | Describe debtor's property that is subject to a lien | $511,837.60 | Unknown |

Creditor's Name

9918 Hibert Street
San Diego, CA 92131
Creditor's mailing address

Inventory, Equipement, Accounts, Receivables,
General Intangibles

Describe the lien
Blanket Llen
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/30/2020
**Last 4 digits of account number**
7809
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | US Bank | Describe debtor's property that is subject to a lien | $24,497.24 | $35,000.00 |

Creditor's Name

PO Box 790179
Saint Louis, MO 63179-0179
Creditor's mailing address

2019 Lexus 350L

Describe the lien
Retail Installment Contract - Motor Vehicle

---

Debtor    Delivery & Distribution Solutions, LLC
_____    Case number (if known) _____
Name

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3258
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | US Bank | Describe debtor's property that is subject to a lien | $6,321.22 | $40,000.00 |

Creditor's Name

2018 Mitsubishi Truck

PO Box 790179
Saint Louis, MO 63179-0179
Creditor's mailing address

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3935
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | US Bank Equipment Finance | Describe debtor's property that is subject to a lien | $110,000.00 | $60,000.00 |

Creditor's Name

2021 Dodge Ram Promaster Van & 2022 Dodge Ram Promaster Van

1310 Madrid Street
Marshall, MN 56258
Creditor's mailing address

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
8/12/2022
**Last 4 digits of account number**
8195
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Delivery & Distribution Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | US Bank, N.A. | Describe debtor's property that is subject to a lien | $93,152.15 | Unknown |
|---|---|---|---|---|

Creditor's Name

9918 Hibert Street
Second Floor
San Diego, CA 92131-1018
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Inventory, Equipment, Accounts, Receivables, General Intangibles

**Describe the lien**
Commercial Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/24/2017

**Last 4 digits of account number**
1618

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | US Bank, N.A. | Describe debtor's property that is subject to a lien | $21,747.07 | Unknown |
|---|---|---|---|---|

Creditor's Name

9918 Hibert Street
Second Floor
San Diego, CA 92131-1018
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Inventory, Equipment, Accounts, Receivables, General Intangibles

**Describe the lien**
Commercial Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/24/2017

**Last 4 digits of account number**
1642

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,005,871.95 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661-2566 | Line 2.4 | |

**Fill in this information to identify the case:**

Debtor name    Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 | $20,000.00 |
| | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, IL 60603 | ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| | Date or dates debt was incurred 2032 | Basis for the claim: Tax Audit | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred 2023 & prior years | Basis for the claim: Listed For Notice Purposes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

Debtor    Delivery & Distribution Solutions, LLC
_____
Name                                                          Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023 & prior years

Basis for the claim:
Listed For Notice Purposes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,572.03 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
7-Eleven Mastercard
PO Box 1239
Covington, LA 70434

Date(s) debt was incurred  2023 & prior years
Last 4 digits of account number  F431

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express
PO Box 981535
El Paso, TX 79998-1535

Date(s) debt was incurred  2023
Last 4 digits of account number  1007

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$6,801.49

---

**3.3** Nonpriority creditor's name and mailing address
American Express
PO Box 981535
El Paso, TX 79998-1535

Date(s) debt was incurred  2023
Last 4 digits of account number  2221

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset? ■ No ☐ Yes

$1,734.48

---

**3.4** Nonpriority creditor's name and mailing address
American Express
PO Box 981535
El Paso, TX 79998-1535

Date(s) debt was incurred  2023 & prior year
Last 4 digits of account number  2000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$27,245.81

---

**3.5** Nonpriority creditor's name and mailing address
Bankers Healthcare Group
PO Box 332509
Syracuse, TN 37113-2509

Date(s) debt was incurred  2023
Last 4 digits of account number  4118

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$13,005.35

---

Debtor   Delivery & Distribution Solutions, LLC                                    Case number (if known) _____
_____
Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,397.73 |

Chase
PO Box 15298
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023 & prior year

**Basis for the claim:** Periodic Purchases

**Last 4 digits of account number** 2575

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,930.82 |

EAN Services, LLC
PO Box 840173
Kansas City, MO 64184-0173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Vehicle Rentals

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,084.07 |

Enterprise Rent a Car
P.O. Box 8043369
Kansas City, MO 64184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/13/23

**Basis for the claim:** Vehicle Damage Claim

**Last 4 digits of account number** 4036

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,886.45 |

National Car Rental
PO Box 801770
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/17/23

**Basis for the claim:** Vehicle Damage Claim

**Last 4 digits of account number** 1083

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,410.13 |

ORD Chicago Workspace FD, LLC
251 S Frontage Road
Burr Ridge, IL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Lease Default

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,292.13 |

US Bank
P.O. Box 6353
Fargo, ND 58125-6353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023 & prior years

**Basis for the claim:** Periodic Purchases

**Last 4 digits of account number** 0078

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,734.43 |

US Bank
P.O. Box 6335
Fargo, ND 58125-6335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023 & prior years

**Basis for the claim:** Periodic Purchases

**Last 4 digits of account number** 2188

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Delivery & Distribution Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,944.98 |
|---|---|---|---|

WorldWhile
169 11th Street
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 20,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 250,039.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 270,039.90 |

**Fill in this information to identify the case:**

Debtor name    Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Unit 529<br><br>State the term remaining: Month to Month<br><br>List the contract number of any government contract: | Cross Roads Self Storage<br>1977 Bethel Drive<br>High Point, NC |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: Lease of Unit 605<br><br>State the term remaining: Month to Month<br><br>List the contract number of any government contract: | DEStorage.com Dover<br>1685 S State Street<br>Dover, DE |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: Office Lease - 251 S Frontage Road, Suite 21-22<br><br>State the term remaining: Terminating 10/31/2024<br><br>List the contract number of any government contract: | ORD Chicago Workspace FD, LLC<br>19000 West Bluemound Road<br>Brookfield, WI 53045 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: Vehicle Lease - 2023 International Van & 2023 Hino Truck Van<br><br>State the term remaining: 7/31/2029 & 9/30/2029<br><br>List the contract number of any government contract: | Penske Truck Leasing Co., LP |

Debtor 1   Delivery & Distribution Solutions, LLC                                           Case number *(if known)* _____
    First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Warehouse Space | |
|---|---|---|---|
| | State the term remaining | Month to Month | ReadySpaces Managment LLC |
| | List the contract number of any government contract | | 2900 NW 112th  Avenue |
| | | | Doral, FL |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease - 11107-V South Commerce Boulevard, Charlotte, NC | |
|---|---|---|---|
| | State the term remaining | Month to Month | TWT Distributing, Inc. |
| | List the contract number of any government contract | | 11107-C South Commerce Drive |
| | | | Charlotte, NC |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Unit 205 | |
|---|---|---|---|
| | State the term remaining | | Unicity Properties LLC |
| | List the contract number of any government contract | | 845 S 55th Street |
| | | | Philadelphia, PA |

Fill in this information to identify the case:

Debtor name    Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Denis Monroe | 18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | Bankers Healthcare Group | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.2 | Denis Monroe | 18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | Chase | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.3 | Denis Monroe | 18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | US Bank | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.4 | Denis Monroe | 18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | US Bank Equipment Finance | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Denis Monroe | 18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | US Bank, N.A. | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |

Debtor  Delivery & Distribution Solutions, LLC _____  Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.6 | Denis Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | Bankers Healthcare Group, LLC | ■ D ___2.1___  ☐ E/F _____  ☐ G _____ |
|---|---|---|---|---|
| 2.7 | Denis Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | ODK Capital, LLC | ■ D ___2.3___  ☐ E/F _____  ☐ G _____ |
| 2.8 | Shannon P. Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | American Express | ☐ D _____  ■ E/F ___3.2___  ☐ G _____ |
| 2.9 | Shannon P. Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | American Express | ☐ D _____  ■ E/F ___3.3___  ☐ G _____ |
| 2.10 | Shannon P. Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | American Express | ☐ D _____  ■ E/F ___3.4___  ☐ G _____ |
| 2.11 | Shannon P. Monroe | 18240 S Dolphin Lake Drive Homewood, IL 60430 | US Bank, N.A. | ■ D ___2.9___  ☐ E/F _____  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   Delivery & Distribution Solutions, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other _____ | $4,699,963.67 |
    | For prior year:<br>From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $3,463,322.00 |
    | For year before that:<br>From 1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $2,826,042.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|
    | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|
    | | | | |

Debtor   Delivery & Distribution Solutions, LLC _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  On Deck Capital, Inc.<br>901 North Stuart Street<br>Suite 700<br>Arlington, VA 22203 | Investigation Continuing | Unknown | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  Enterprise Rent A Car<br>PO Box 843369<br>Kansas City, MO 64184 | Investigation Continuing | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  Investigation Continuing | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Denis Monroe<br>18240 S Dophin Lake Drive<br>Homewood, IL<br>Managing Member | Periodic | Unknown | Wages |
| 4.2.  Louis Morgan<br><br>Member | Periodic | Unknown | Wages |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

| Debtor | Delivery & Distribution Solutions, LLC | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | | 12/1/23 | $20,000.00 |
| | **Email or website address** greg@gregstern.com | | | |
| | **Who made the payment, if not debtor?** Denis Monroe | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    Delivery & Distribution Solutions, LLC _____    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   Delivery & Distribution Solutions, LLC _____   Case number *(if known)* _____

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unicity Properties LLC<br>845 S 55th Street<br>Unit 205<br>Philadephia, PA | Contractors/Employees | Customer Merchandise | ☐ No<br>■ Yes |
| ReadySpaces Management LLC<br>2900 NW 112th Avenue<br>Doral, FL | Contractors/Employees | Customer Merchandise | ☐ No<br>■ Yes |
| DEStorage.com Dover<br>1685 S State Street<br>Unit 605<br>Dover, DE | Contractors/Employees | Customer Merchandise | ☐ No<br>■ Yes |
| Cross Roads Self Storage<br>1977 Bethel Drive<br>Unit 529<br>High Point, NC | Contractors/Employees | Customer Merchandise | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | Delivery & Distribution Solutions, LLC | Case number *(if known)* |
|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

&#9632;  No.
&#9633;  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

&#9632;  No.
&#9633;  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

&#9632;  No.
&#9633;  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

&#9632;  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     &#9633;  None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | John Hedgeman<br>Hedgeman CPA, LLC<br>715 Lake Street<br>Suite 416<br>Oak Park, IL 60301-1413 | 2023 & prior years |
| 26a.2. | Hollis Fullilove<br>Crane Financial LLC<br>East Chicago, IN | 2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    Delivery & Distribution Solutions, LLC                                    Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Denis Monroe | 18240 S Dolphin Drive Homewood, IL 60430 | Managing Member | 86.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis Morgan | | Member | 2.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor    Delivery & Distribution Solutions, LLC                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Denis Monroe<br>18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | Investigation Continuing | Periodic | Wages |
| | **Relationship to debtor**<br>Managing Member | | | |
| 30.2. | Louis Morgan | Investigation Continuing | Periodic | Wages |
| | **Relationship to debtor**<br>Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   Delivery & Distribution Solutions, LLC                          Case number *(if known)*

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December  7, 2023

/s/ Denis Monroe                                     Denis Monroe
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Delivery & Distribution Solutions, LLC                                 Case No. _____
                                              Debtor(s)            Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................    $          20,000.00
     Prior to the filing of this statement I have received ..........................    $          20,000.00
     Balance Due .................................................................................    $          Unknown**

** Compensation for  services rendered based upon the attorneys' hourly fee schedule, in effect from time to time, and in a amount to be determined
   by the Court upon filing of applications for interim and final compensation

2.   The source of the compensation paid to me was:

     ☐  Debtor        ☑  Other (specify):    Denis Monroe

3.   The source of compensation to be paid to me is:

     ☑  Debtor        ☐  Other (specify):

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed] All services required by the debtor as debtor in possession

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

December  7, 2023
_Date_

Gregory K. Stern 6183380
_Signature of Attorney_
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289
greg@gregstern.com
_Name of law firm_

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on September 11, 2023, is hereby entered into between Delivery & Distribution Solutions, LLC, 16W251 S Frontage Road, Burr Ridge, Illinois 60527 (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60436 (the "Attorneys").

1.      The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $650.00 for Gregory K. Stern, $550.00 for Dennis E. Quaid, $500.00 for Monica C. O'Brien and $400.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a special purpose retainer of $20,000.00, which is being tendered contemporaneously with the execution of this Attorney-Client Agreement and as follows:

   i)      While the Client has the option to employ a security retainer, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer would be property of the Client's bankruptcy estate.

   ii)     The special purpose retainer will not be held in a client trust account, and it will become the property of the Attorneys upon payment, and it will be deposited in the Attorney's general operating account.

   iii)    The retainer will be applied towards services rendered and expenses incurred. The Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

   iv)     Any portion of the retainer that is not earned or required for expenses will be refunded to the Client.

   v)      The Client has the option to employ a security retainer, however, the Attorneys are unwilling to represent the Client without receiving a special purpose retainer because any security retainer might be property of the Client's bankruptcy estate.

2.      The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3.      The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses.  All costs and expenses advanced by the Attorneys shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

4.      Any modification of this Agreement is void unless it is in writing and signed by both parties.

_____          _____
Delivery & Distribution Solutions, LLC                    Gregory K. Stern, P.C.
By: Denis Monroe, Member

# United States Bankruptcy Court
## Northern District of Illinois

In re   Delivery & Distribution Solutions, LLC     Case No. _____

                                        Debtor(s)     Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Linnear | | 1% | Membership Interest |
| Denis Monroe<br>18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | | 86.5% | Membership Interest |
| Louis Morgan | | 2.5% | Membership Interest |
| Shannon P. Monroe<br>18240 S Dolphin Lake Drive<br>Homewood, IL 60430 | | 10% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 7, 2023             Signature _____

                                                  Denis Monroe

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    Delivery & Distribution Solutions, LLC                 Case No. _____

                                                 Debtor(s)       Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 22

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: ___December  7, 2023_____       __/s/ Denis Monroe_____
                                          Denis Monroe/Managing Member
                                          Signer/Title

```
7-Eleven Mastercard
PO Box 1239
Covington, LA 70434


American Express
PO Box 981535
El Paso, TX 79998-1535


Bankers Healthcare Group
PO Box 332509
Syracuse, TN 37113-2509


Bankers Healthcare Group, LLC
10234 West State Road 84
Fort Lauderdale, FL 33324


Chase
PO Box 15298
Wilmington, DE 19850-5298


Dell Financial Services
P.O. Box 81577
Austin, TX 78708-1577


EAN Services, LLC
PO Box 840173
Kansas City, MO 64184-0173


Enterprise Rent a Car
P.O. Box 8043369
Kansas City, MO 64184


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338
```

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


National Car Rental
PO Box 801770
Kansas City, MO 64180


ODK Capital, LLC
4700 West Daybreak Parkway
Suite 200
South Jordan, UT 84009


ORD Chicago Workspace FD, LLC
251 S Frontage Road
Burr Ridge, IL


US Bank
P.O. Box 6353
Fargo, ND 58125-6353


US Bank
P.O. Box 6335
Fargo, ND 58125-6335


US Bank
9918 Hibert Street
San Diego, CA 92131


US Bank
PO Box 790179
Saint Louis, MO 63179-0179


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


US Bank, N.A.
9918 Hibert Street
Second Floor
San Diego, CA 92131-1018

US Small Business Administration
500 West Madison Street
Suite 1150
Chicago, IL 60661-2566


WorldWhile
169 11th Street
San Francisco, CA 94103

# United States Bankruptcy Court
### Northern District of Illinois

In re   Delivery & Distribution Solutions, LLC _____   Case No. _____

                                              Debtor(s)                Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Delivery & Distribution Solutions, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

David Linnear
_____

Denis Monroe
18240 S Dolphin Lake Drive
Homewood, IL 60430
_____

Louis Morgan
_____

Shannon P. Monroe
18240 S Dolphin Lake Drive
Homewood, IL 60430
_____

☐ None [*Check if applicable*]

December  7, 2023
_____            /s/ Gregory K. Stern
Date                                        Gregory K. Stern 6183380
                                            _____
                                            Signature of Attorney or Litigant
                                            Counsel for   Delivery & Distribution Solutions, LLC
                                            Gregory K. Stern, P.C.
                                            53 West Jackson Boulevard
                                            Suite 1442
                                            Chicago, IL 60604
                                            (312) 427-1558 Fax:(312) 427-1289
                                            greg@gregstern.com